Jim D. Smith
Attorney at Law
221 S. Second Avenue
Yuma, Arizona 85364
(928) 783-7809
Attorney No. 2661

Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| MARY HELEN DE LOS REYES, | ) | Case No. B-09-01971-YUM-JMM |
| | ) | TRUSTEE'S APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT |
| Debtor. | ) | |

JIM D. SMITH, Trustee, reports that the following dividend checks have been issued and not presented for payment and more than ninety (90) days has elapsed from the date of issuance:

| **CHECK #** | **DATE ISSUED** | **CREDITOR'S NAME & ADDRESS** | **AMOUNT** |
|---|---|---|---|
| 107 | 11/8/2011 | AMERICAN GENERAL FINANCE<br>P. O. Box 971<br>EVANSVILLE, IN 47706 | $ 284.82 |

The Trustee requests that an Order be entered pursuant to §347(a) of the Bankruptcy Code, directing the Trustee to pay over the amount of **$284.82** to the Clerk of the Bankruptcy Court to be deposited in the Registry thereof.

DATED: March 13, 2012

/s/ Jim D. Smith
Jim D. Smith, Trustee